

Littler Mendelson, P.C.
375 Woodcliff Drive
Suite 2D
Fairport, NY  14450

Jessica F. Pizzutelli
585.203.3403 direct
585.203.3400 main
585.486.1605 fax
jpizzutelli@littler.com

December 19, 2025

**VIA ECF**

Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Aon Risk Services Companies, Inc. et al. v. Rampersaud et al.*
             **Case No. 1:25-cv-10275-ER**

Dear Judge Ramos:

We write to advise the Court that the parties are still discussing an agreed Consent Order. We respectfully request until the end of the day on Monday, December 22, 2025, to advise the Court regarding whether the parties were able to reach an agreement.

We appreciate the Court's courtesies. A "So Ordered" line is included below for the Court's convenience.

                        Respectfully submitted,

                        */s/ Jessica F. Pizzutelli*

                        Jessica F. Pizzutelli, Esq.

cc:      All Counsel of Record

                        SO ORDERED:

                        _____

                        Hon. Edgardo Ramos