USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2026

Bond 285080219

IN THE <u>Southern District of NY Court</u> COURT OF THE STATE OF _____<u>New York</u>_____ FOR THE COUNTY OF

<u>New York</u>

<u>AON RISK SERVICES COMPANIES, INC. and AON RISK SERVICES NORTHEAST, INC.,</u>

25CV 10275

_____
Plaintiff

**UNDERTAKING ON**

☐ Temporary Restraining Order
☒ Preliminary Injunction
☐ Injunction

vs.

<u>ANTHONY RAMPERSAUD, NANCY MONTALVO, and HOWDEN US SERVICES, LLC,</u>

_____
Defendant

WHEREAS, by an Order of the above entitled Court made on the ____<u>24th</u>____ day of ____<u>December</u>____, <u>2025</u>, Plaintiff was required to file an undertaking in the sum of $ <u>250,000.00</u> as a condition for a <u>Temporary Restraining Order and Preliminary Injunction</u> to be in effect restraining and enjoining the above named Defendant from the commission of certain acts as more fully set forth in said Order,

NOW, THEREFORE, we, <u>AON RISK SERVICES COMPANIES, INC. & AON RISK SERVICES NORTHEAST, INC</u>, as Principal, and <u>LIBERTY MUTUAL INSURANCE COMPANY</u>, a corporation, organized and existing under the laws of the State of <u>Massachusetts</u> and authorized to transact business in the State of <u>New York</u>, as Surety, in consideration of the premises and the issuance of said <u>Temporary Restraining Order and Preliminary Injunction</u>, do hereby jointly and severally undertake to pay all costs and disbursements that may be decreed to the Defendant and such damages not exceeding the amount of _____ <u>Two Hundred Fifty Thousand and 00/100</u> Dollars ( $ <u>250,000.00</u> ), as the Defendant may sustain by reason of said <u>Temporary Restraining Order and Preliminary Injunction</u> if the same be wrongful and without sufficient cause.

IN WITNESS WHEREOF, we have each set our hands this ____<u>30th</u>____ day of ____<u>December</u>____, <u>2025</u>.

AON RISK SERVICES COMPANIES, INC. & AON RISK SERVICES NORTHEAST, INC

*Colby Alexis*
Colby Alexis, Vice President            Principal

LIBERTY MUTUAL INSURANCE COMPANY

By *Jessica B. Dempsey*
Jessica B. Dempsey            Attorney-in-Fact

Tammi M. Hellwig
Clerk of Court
approved 1/2/2026
By *K Mango*
Deputy Clerk

# POWER OF ATTORNEY

**Liberty Mutual** SURETY

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

Certificate No: **8214194-285057**

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, __Aaron D. Griffin; Aerie Walton; Bartlomiej Siepierski; Corinne Chapman; Dartonya Wright; Derek J. Elston; George F. Douaire, V; Jean Torres; Jennifer L. Jakaitis; Jessica B. Dempsey; Judith A. Lucky-Eftimov; Kristin L. Hannigan; Melissa L. Fortier; Nicholas Kertesz; Richard Casas; Robert Nachreiner; Roger Paraison; Samantha Chierici; Sandra M. Winsted; Susan A. Welsh; Tara A. Maquinto; Victoria Johnson__

all of the city of __Chicago__ state of __IL__ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this __10th__ day of __June__, __2025__.

 

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

By: _____
Nathan J. Zangerle, Assistant Secretary

State of PENNSYLVANIA } ss
County of MONTGOMERY

On this __10th__ day of __June__, __2025__ before me personally appeared Nathan J. Zangerle, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.



Commonwealth of Pennsylvania - Notary Seal
Teresa Pastella, Notary Public
Montgomery County
My commission expires March 28, 2029
Commission number 1126044
Member, Pennsylvania Association of Notaries

By: _____
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

ARTICLE IV – OFFICERS: Section 12. Power of Attorney.
Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

ARTICLE XIII – Execution of Contracts: Section 5. Surety Bonds and Undertakings.
Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

Certificate of Designation – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes Nathan J. Zangerle, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

Authorization – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this __30th__ day of __December, 2025__.

  

By: _____
Renee C. Llewellyn, Assistant Secretary

LMS-12873 LMIC OCIC WAIC Multi Co 02/24

ORIGIN ID:CHA (312) 381-4584
JESSICA DEMPSEY
AON CORPORATION
200 E RANDOLPH ST

CHICAGO, IL 60601
UNITED STATES US

SHIP DATE: 30DEC25
ACTWGT: 0.06 LB
CAD: 252418602/WSXI3300
DIMS: 11x6x1 IN

BILL SENDER

TO ATTN:ORDERS & JUDGMENTS CT UNIT
U.S. COURTHOUSE
500 PEARL ST RM 250

NEW YORK NY 10007
(708) 935-2322
INV:
PO:                                  REF:
                                     DEPT:



FedEx Express

REL# 3785346

FedEx                        FRI - 02 JAN 12:00P
TRK# 3972 9819 1595          PRIORITY OVERNIGHT
0201

**XA PCTA**                       10007
                           NY-US  EWR



58HJ6/077E/59F2