# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

AON RISK SERVICES COMPANIES, INC. and AON RISK SERVICES NORTHEAST, INC.

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

ANTHONY RAMPERSAUD, NANCY MONTALVO and HOWDEN US SERVICES, LLC

(List the full name(s) of the defendant(s)/respondent(s).)

1:25-CV-10275 (ER)

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Howden US Services, LLC, Anthony Rampersaud, and Nancy Montalvo
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ **order** entered on: December 26, 2025
(date that judgment or order was entered on docket)

that: ordered a Preliminary Injunction. (ECF No. 34).

(If the appeal is from an order, provide a brief description above of the decision in the order.)

See attached Schedule A

Dated | Signature*

Name (Last, First, MI)

Address | City | State | Zip Code

Telephone Number | E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13

## SCHEDULE A

**On behalf of Howden US Services, LLC:**

Dated: New York, New York  
January 6, 2026

Respectfully submitted,  
**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**

By: /s/ *Jonathan Stoler*  
Jonathan Stoler  
30 Rockefeller Plaza  
New York, NY 10112  
Tel. 212.634.3043  
jstoler@sheppardmullin.com  
*Attorneys for Howden US Services, LLC*

**On behalf of Anthony Rampersaud:**

Dated: New York, New York  
January 6, 2026

Respectfully submitted,  
**DEWEY, PEGNO & KRAMARSKY, LLP**

By: _____  
Stephen M. Kramarsky  
777 Third Avenue  
New York, NY 10017  
Tel. 212.943.9000  
skramarsky@dpklaw.com  
*Attorneys for Anthony Rampersaud*

**On behalf of Nancy Montalvo:**

Dated: New York, New York  
January 6, 2026

Respectfully submitted,  
**DEWEY, PEGNO & KRAMARSKY, LLP**

By: _____  
Stephen M. Kramarsky  
777 Third Avenue  
New York, NY 10017  
Tel. 212.943.9000  
skramarsky@dpklaw.com  
*Attorneys for Nancy Montalvo*