**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AON RISK SERVICES COMPANIES, INC. and AON RISK SERVICES NORTHEAST, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No: 1:25-cv-10275-ER ) |
| ANTHONY RAMPERSAUD, NANCY MONTALVO, and HOWDEN US SERVICES, LLC, | ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Aon Risk Services Companies, Inc. and Aon Risk Services Northeast, Inc. (together, "Aon") and Defendants Howden US Services, LLC, Anthony Rampersaud, and Nancy Montalvo (together, "Defendants"), by and through their undersigned counsel, hereby stipulate that the above-captioned matter is hereby dismissed with prejudice and without attorneys' fees or costs.

Dated: New York, New York
        April 2, 2026

                            **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

                            By: *Mikela T. Sutrina*
                            _____
                            Brian D. Murphy
                            Jonathan Stoler
                            Mikela Sutrina (admitted *pro hac vice*)
                            Matthew Netti
                            30 Rockefeller Plaza, 39th Floor
                            New York, New York  10112
                            Telephone:  (212) 653-8700
                            Facsimile:   (212) 653-8701
                            bmurphy@sheppard.com

jstoler@sheppard.com
msutrina@sheppard.com
mnetti@sheppard.com

*Attorneys for Defendant Howden US Services, LLC*

**DEWEY PEGNO & KRAMARSKY LLP**

Stephen Kramarsky
Ariel Cannon
777 Third Avenue
New York, New York
Telephone: (212) 943-9000
skramarsky@dpklaw.com
acannon@dpklaw.com

*Attorneys for Defendants Rampersaud and Montalvo*

**LITTLER MENDELSON P.C.**

Jessica Pizzutelli
James Witz (admitted *pro hac vice*)
375 Woodcliff Drive, Suite 2d
Fairport, NY 14450
Telephone: (585) 203-3403
jpizzutelli@littler.com
jwitz@littler.com

*Attorneys for Plaintiffs Aon Risk Services Companies, Inc. and Aon Risk Services Northeast, Inc.*