## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

AON RISK SERVICES COMPANIES, INC. and )
AON RISK SERVICES NORTHEAST, INC.,     )
                                        )
            Plaintiffs,                 )
                                        )
      v.                                )    Case No: 1:25-cv-10275-ER
                                        )
ANTHONY RAMPERSAUD, NANCY               )
MONTALVO, and HOWDEN US SERVICES,       )
LLC,                                    )
                                        )
            Defendants.                 )

### [PROPOSED] ORDER OF DISMISSAL

WHEREAS, Plaintiffs Aon Risk Services Companies, Inc. and Aon Risk Services Northeast, Inc. (together, "Aon") and Defendants Howden US Services, LLC, Anthony Rampersaud, and Nancy Montalvo (together, "Defendants") have stipulated to the dismissal of Aon's Complaint with prejudice and without attorneys' fees or costs.

**IT IS HEREBY ORDERED** that the above-captioned matter is hereby dismissed with prejudice and without attorneys' fees or costs.

The bond posted by Aon shall be released and returned to Aon.

Dated:  April 6, 2026

_____
Edgardo Ramos, U.S.D.J.

-3-